UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00369-JAM-CSK |
| | No. 2:25-cv-00370-JAM-CSK |
| | No. 2:25-cv-00371-JAM-CSK |
| | No. 2:25-cv-00459-JAM-CSK |
| | No. 2:25-cv-00460-JAM-CSK |
| | No. 2:25-cv-00461-JAM-CSK |
| | No. 2:25-cv-00462-JAM-CSK |
| | No. 2:25-cv-00525-JAM-CSK |
| | No. 2:25-cv-00526-JAM-CSK |
| | No. 2:25-cv-00540-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any
2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
5  the Court to open a new case for each attempted new pleading and assign it to the Court for
6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
9  finds they are related to Plaintiff's Alameda County criminal conviction.

10      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00369, 2:25-cv-00370, 2:25-cv-
11  00371, 2:25-cv-00459, 2:25-cv-00460, 2:25-cv-00461, 2:25-cv-00462, 2:25-cv-00525, 2:25-cv-
12  00526 and 2:25-cv-00540 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**
13  these cases.  **No further filings will be accepted**.

Dated: March 03, 2025            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE